Probation Form No. 35
(5/00)

Report and Order Terminating
Probation or Supervised Release
Before Original Expiration Date

## United States District Court
### for the
### District of New Jersey

United States of America

versus

Criminal Case: 2:07CR00023-001

William Pelaez

On July 23, 2007, this defendant was placed on supervision for five years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

Shelley M. D'Pulos
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed _____, 2010, at Newark, New Jersey.

4/7/10

Katherine S. Hayden
United States District Judge

Pursuant to Rule 32.1(c)(2)(C),
F.R.C.P., the United States Attorney
was served notice.